**BAKER BOTTS L.L.P.**

Jonathan A. Shapiro (SBN# 257199)
jonathan.shapiro@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone:   (415) 291-6204
Facsimile:    (415) 291-6304

Attorneys for Defendant
DR PEPPER SNAPPLE GROUP, INC.

[*additional counsel in signature block*]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEGHAM MARGARYAN, as an individual, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>DR PEPPER SNAPPLE GROUP, INC. AND DOES 1-10<br><br>Defendants. | Case No. 5:17-cv-004435-NC<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1** |

1     WHEREAS, Plaintiffs filed this action ("Complaint") on July 14, 2017 in the United States District Court for the Central District of California, Case No. 2:17-cv-5234;

    WHEREAS, Plaintiffs served the Complaint on Defendant Dr Pepper Snapple Group, Inc. on July 19, 2017;

    WHEREAS, this case was transferred to the United States District Court for the Northern District of California on August 7, 2017;

    WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendant's answer or other responsive pleading is currently due on August 9, 2017;

    WHEREAS, the parties have agreed to allow Defendant to answer, move, or otherwise respond to the Complaint until thirty (30) days after the Court's entry of an order on the Administrative Motion to Consider Cases Related in *Fitzhenry et al. v. Dr Pepper Snapple Group, Inc. et al.*, Case No. 5:17-cv-00564;

    IT IS HEREBY STIPULATED that the time for Defendants Dr Pepper Snapple Group, Inc. to answer, move, or otherwise respond to the Complaint is extended to thirty (30) days after the Court's entry of an order on the Administrative Motion to Consider Cases Related in *Fitzhenry et al. v. Dr Pepper Snapple Group, Inc. et al.*, Case No. 5:17-cv-00564.

    **IT IS SO STIPULATED AND AGREED.**

DATED: August 8, 2017

By: /s/ *Jonathan A. Shapiro*
**BAKER BOTTS L.L.P.**
Jonathan A. Shapiro (SBN# 257199)
jonathan.shapiro@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6204
Facsimile: (415) 2916304

Attorney for Defendant
DR PEPPER SNAPPLE GROUP, INC.

**THE MARGARIAN LAW FIRM**

/s/ *Hovanes Margarian*
Hovanes Margarian (SBN# 246359)
hovanes@margarianlaw.com
801 North Brand Boulevard, Suite 210
Glendale, California 91203
Telephone Number: (818) 553-1000
Facsimile Number: (818) 553-1005

Attorney for Plaintiff
GEGHAM MARGARYAN

**ATTORNEY ATTESTATION**

I, Jonathan Shapiro, hereby attest, pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

>*/s/ Jonathan A. Shapiro*
>Jonathan A. Shapiro